**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division**

Catherine Zaborowski, et al.
                              Plaintiff,

v.                                                                                          Case No.: 1:08−cv−06946
                                                                                    Honorable Amy J. St. Eve

Sheriff of Cook County, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 23, 2009:

      MINUTE entry before the Honorable Amy J. St. Eve: Status hearing set for 2/12/09 is stricken and reset to 2/17/2009 at 08:30 AM. Defendants' counsel to make arrangements for plaintiff Zaborowski to appear via telephone and should contact the courtroom deputy, 312/435−5879, by 4:00 p.m. on 2/13/09 with contact information. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.