**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Catherine Zaborowski, et al.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−06946
                                        Honorable Amy J. St. Eve

Sheriff of Cook County, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 17, 2009:

    MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 2/17/2009 and continued to 3/10/09 at 8:30 a.m. Defendants' Rule 26(a)(1) disclosures by 2/27/09. Any additional written discovery to be issued by 3/9/09. Fact discovery to be completed by 11/30/09. Expert reports by 1/15/10. Rebuttal expert reports by 2/15/10. Expert discovery to be completed by 3/15/10. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.