## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CATHERINE ZABOROWSKI and SIMONE JACKSON, individually and on behalf of a class, | ) ) ) ) | |
| Plaintiff, | ) ) | 08 C 6946 |
| vs. | ) ) | Honorable Judge Amy St. Eve |
| SHERIFF OF COOK COUNTY and COOK COUNTY, ILLINOIS | ) ) ) | |
| Defendants. | ) | |

## AGREED MOTION TO ENTER PROTECTIVE ORDER

NOW COME the Plaintiffs, CATHERINE ZABOROWSKI and SIMONE JACKSON, by and through their attorney, Thomas G. Morrissey, and Defendants, SHERIFF OF COOK COUNTY and COOK COUNTY by and through their attorney, ANITA ALVAREZ, State's Attorney of Cook County, through her assistant Patrick S. Smith, and pursuant to Fed. R. Civ. P. 26 (c) and Local Rule 26.2 of the United States District Court for the Northern District of Illinois, move for the entry of an agreed protective order.

In support of this motion, the parties state the following:

1. This is a civil rights action wherein plaintiffs allege that Defendants used unlawful shackling against them at the Cook County Department of Corrections.

2. Defendants agree to produce a computer readable file containing the following information: first name, last name, last known address, and date processed into jail;

3. The parties have agreed that the computer readable file contains confidential information. Accordingly, there is a need to guarantee the confidentiality of any computer

readable file and a need for an agreement to restrict the use of these documents to the litigation at hand. Accordingly, the parties have agreed to be bound by a protective order.

4. Attached hereto is a copy of the protective order to which the parties have agreed in form and substance.

WHEREFORE, Plaintiffs CATHERINE ZABOROWSKI and SIMONE JACKSON, by and through their attorney, Thomas G. Morrissey, and Defendants, SHERIFF OF COOK COUNTY and COOK COUNTY, by and through their attorney, Patrick S. Smith, respectfully request this Honorable Court grant their motion to enter the attached agreed protective order.

Respectfully submitted,

/s/ Patrick S. Smith
Patrick S. Smith
Attorney for Defendants
500 Richard J. Daley Center
Chicago, IL  60602

/s/ Thomas G. Morrissey
Thomas G. Morrissey
Attorney for Plaintiffs
10249 S. Western Ave.
Chicago, IL 60643