# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CATHERINE ZABOROWSKI and SIMONE JACKSON, individually and on behalf of a class, <br>     Plaintiff, <br><br> vs. <br><br> SHERIFF OF COOK COUNTY and COOK COUNTY, ILLINOIS <br>     Defendants. | 08 C 6946 <br><br> Honorable Judge <br> Amy St. Eve |

## AGREED PROTECTIVE ORDER

THIS MATTER COMING ON BEFORE THE HONORABLE JUDGE AMY ST. EVE, the parties present and the court fully advised, it is hereby ordered that (1) Defendants agree to produce a computer readable file containing the following information: first name, last name, last known address, and date processed into jail; (2) plaintiff is permitted to disclose this computer readable file to persons associated with the prosecution of this case (such as plaintiff's counsel, experts and paralegals) but to no other persons; (3) plaintiff may use this computer readable file at trial subject to this Court's evidentiary rulings; (4) at the conclusion of this case, plaintiff shall return this computer readable file pursuant to this Order, to the defendant's counsel, within 60 days of the termination of the case.

ENTER: _____
U.S. District Judge Amy J. St. Eve

Date: May 15, 2009