IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Catherine Zaborowski and<br>Simone Jackson, individually<br>and on behalf of a class,<br><br>        Plaintiffs,<br><br>        vs.<br><br>THOMAS DART, Sheriff of Cook County<br>and COOK COUNTY ILLINOIS<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 08-CV-6946<br>)<br>)  Judge St. Eve<br>)<br>)<br>)<br>)  |

## NOTICE OF FILING

To:   Thomas G. Morrissey
      Thomas G. Morrissey, Ltd.
      10249 S. Western Ave.
      Chicago, IL 60643

      PLEASE TAKE NOTICE that on November 5, 2009, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached **Defendants Motion in Response to Plaintiff's Supplemental Memorandum Clarifying Questions by the Court.**

      Respectfully submitted,

      ANITA ALVAREZ
      State's Attorney of Cook County

      By: /s/ Patrick S. Smith
           Patrick S. Smith
           Deputy Supervisor
           Torts/Civil Rights Litigation
           500 Richard J. Daley Center
           Chicago, Illinois 60602
           (312) 603-2388

## **CERTIFICATE OF SERVICE**

  I, Patrick S. Smith, Assistant State's Attorney, hereby certify that the attached was served upon above-named counsel on November 5, 2009 via the ECF-CM system

              By: /s/ Patrick S. Smith
                 Patrick S. Smith