# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

# ORDER

March 23, 2010

### BEFORE

MICHAEL S. KANNE, Circuit Judge
TERENCE T. EVANS, Circuit Judge
JOHN DANIEL TINDER, Circuit Judge

| No.: 09-8049 | IN RE: <br> CATHERINE ZABOROWSKI and SIMONE JACKSON, <br> Petitioners |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:08-cv-06946 <br> Northern District of Illinois, Eastern Division <br> District Judge Amy J. St. Eve | |

The following are before the court:

1) **PETITION FOR PERMISSION TO APPEAL**, filed on December 14, 2009, by counsel for the petitioner.

2) **RESPONSE OF DEFENDANTS-RESPONDENTS TO PLAINTIFFS-PETITIONERS' RULE 23(f) PETITION FOR LEAVE TO APPEAL**, filed on January 29, 2010, by counsel for the respondents.

3) **PLAINTIFFS' SUPPLEMENTAL MEMORANUDM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**, filed on February 9, 2010, by counsel for the petitioners.

**IT IS ORDERED** that #1 is **DENIED**.

form name: **c7_Order_3J** (form ID: **177**)