UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

Catherine Zaborowski, et al.
                        Plaintiff,

v.                                                       Case No.: 1:08–cv–06946
                                                       Honorable Amy J. St. Eve

Sheriff of Cook County, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 7, 2010:

    MINUTE entry before Honorable Amy J. St. Eve: On 12/9/09, the Court denied Plaintiffs' first motion for class certification in which Plaintiffs sought to certify a class solely for liability issues leaving the damages actions for separate, subsequent proceedings. After the Seventh Circuit rejected Plaintiffs' Rule 23(f) petition for leave to appeal, Plaintiffs filed a second motion for class certification without filing a supporting legal memorandum [66]. Specifically, Plaintiffs 9; counsel maintains that after consulting a variety of experts, they have concluded that "they were mistaken in their view that each class member should receive a separate determination of damages." Whatever their reason, Plaintiffs must file a thorough, detailed legal memorandum supporting their new class definition that is due on or before 4/26/10. Defendants' response brief is due on or before 5/17/10. Plaintiffs' reply is due on or before 5/24/10. Status hearing set for 5/6/10 is stricken and reset to 5/27/10 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.