IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Catherine Zaborowski and <br> Simone Jackson, individually and on <br> behalf of a class, <br>     *Plaintiffs*, <br>     -*vs*- <br> Sheriff of Cook County and <br> Cook County, Illinois <br>     *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 08 CV 6946 <br> ) <br> ) <br> ) *(Judge St. Eve)* <br> ) <br> ) <br> ) |

## PLAINTIFFS' MOTION TO EXTEND TIME FOR FILING OF SUPPLEMENTAL MEMORANDA

Plaintiffs, by counsel, move the Court to extend by two weeks the schedule established in the Court's order of April 7, 2010 for the filing of supplemental class memoranda, i.e., for plaintiffs to file their supplemental memorandum by May 10, 2010, defendants to reply by June 1, 2010, and plaintiffs to reply by June 8, 2010.

Grounds for this motion are as follows:

1.    In its order of April 7, 2010, the Court established the following schedule for the filing of supplemental class memoranda: plaintiffs to file their supplemental memorandum by April 26, 2010, defendants to reply by May 17, 2010, and plaintiffs to reply by May 24, 2010.

2.    Plaintiffs ask the Court to extend each date by two weeks for the following reasons:

a. Kenneth N. Flaxman, the attorney with the principal responsibility for the preparation of the supplemental memoranda, began to suffer from flu like symptoms on about April 8, 2010. These symptoms did not relent until April 21, 2010.

b. Because of the illness described above, Flaxman fell behind on completion of a brief in a criminal appeal, *United States v. Wright*, 7th Cir., No. 10-1249. Appellant's brief in *Wright* was originally due on April 5, 2010. This date was extended to April 19; a motion to extend the filing date to April 26, 2010 is now pending with the Court of Appeals.

>Respectfully submitted,

>/s/ <u>Kenneth N. Flaxman</u>

>Kenneth N. Flaxman
>ARDC 830399
>200 S Michigan Ave, Ste 1240
>Chicago, Illinois 60604
>(312) 427-3200

>*an attorney for plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Patrick S. Smith, ASA, 500 Daley Center, Chicago, IL 60602, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman

_____

Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)