**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Catherine Zaborowski, et al.

                Plaintiff,

v.                                                    Case No.: 1:08–cv–06946
                                                      Honorable Amy J. St. Eve

Sheriff of Cook County, et al.

                Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 22, 2010:

      MINUTE entry before Honorable Amy J. St. Eve: Plaintiffs' motion for class certification [66] is denied without prejudice. Plaintiffs' motion for extension of time [72] is granted. Plaintiffs to file their entire motion for class certification with supporting memorandum on 5/10/10. Response by 6/1/10. Reply by 6/8/10. Status hearing set for 5/27/10 is stricken and reset to 6/17/10 at 8:30 a.m. No appearance is required on the 4/27/10 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.