IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Catherine Zaborowski and Simone Jackson, | ) | |
| | ) | |
| *Plaintiffs*, | ) | Case: 08CV6946 |
| v. | ) | |
| | ) | Magistrate Judge: Maria Valdez |
| Sheriff of Cook County and | ) | |
| Cook County, Illinois, | ) | |
| | ) | |
| *Defendants*. | ) | |

**NOTICE OF MOTION**

To: Thomas G. Morrissey
     Thomas G. Morrissey, Ltd.
     10249 S. Western Ave.
     Chicago, IL 60643

    PLEASE TAKE NOTICE that on May 27, 2010 at 9:45 a.m., I shall appear before the Honorable Maria Valdez in the courtroom usually occupied by her in Room 1300 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Defendants' Motion for Attorney's Fees.

                                      ANITA ALVAREZ
                                      State's Attorney of Cook County

               By:   /s/ Patrick S. Smith
                        Patrick S. Smith
                        Assistant State's Attorney
                        Deputy Supervisor
                        Conflicts Counsel Unit
                        69 W. Washington, 20th floor
                        Chicago, Illinois 60602
                        (312) 603-1422

CERTIFICATE OF SERVICE

    I, Patrick S. Smith, Assistant State's Attorney, hereby certify that the attached was served upon above-named counsel on May 18, 2010 at or before 5:00 p.m. via the CM/ECF system.

                                                      /s/ Patrick S. Smith
                                                      Patrick S. Smith