# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Catherine Zaborowski, et al.

                             Plaintiff,

v.                                                       Case No.: 1:08−cv−06946

                                                               Honorable Amy J. St. Eve

Sheriff of Cook County, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 9, 2010:

      MINUTE entry before Honorable Maria Valdez:Motion hearing held on 6/9/2010 regarding MOTION by Defendants Cook County, Illinois, Sheriff of Cook County for attorneys fees [82]. The Court enters the following briefing schedule: Response by 7/7/2010. Replies due by 7/14/2010. Report and recommendation to be issue by mail. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.