**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Catherine Zaborowski, et al.
                Plaintiff,

v.                                       Case No.: 1:08−cv−06946
                                                 Honorable Amy J. St. Eve

Sheriff of Cook County, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 18, 2010:

      MINUTE entry before Honorable Amy J. St. Eve: Plaintiffs' motion to reconsider [94] is denied. No appearance is required on the 7/1/10 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.