IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Catherine Zaborowski and Simone Jackson, individually and on behalf of a class, | ) ) ) |
| *Plaintiffs*, | ) ) |
| *-vs-* | ) No. 08 CV 6946 ) ) |
| Sheriff of Cook County, et al., | ) *(Judge St. Eve)* ) |
| *Defendants*. | ) |

## AGREED MOTION TO EXTEND TIME
## FOR EXPERT DISCLOSURES

Plaintiffs, by counsel and with the agreement of defendants, move the Court to reset by one week the expert disclosure schedule, to permit plaintiffs to serve their expert report(s) by July 19, 2010, defendants to serve their expert report(s) by September 3, 2010, with all expert discovery to be completed by October 1, 2010.

Grounds for this agreed motion are as follows:

1.    On June 17, 2010, the Court reset the expert disclosure schedule, to require plaintiffs to serve their expert report(s) by July 12, 2010, defendants to serve their expert report(s) by August 27, 2010, with all expert discovery to be completed by September 24, 2010.

2.    The parties have agreed, subject to the approval of the Court, to a one-week extension of all of the expert disclosure dates.

3.     Plaintiffs request that the Court approve this agreement for
the following reasons:

       a.     The requested one week resetting of expert disclosure
dates will not materially delay the disposition of this case;

       b.     Following entry of the Court's order allowing the case
to proceed as a class action, plaintiffs expanded to a national scope their
search for suitable experts. Plaintiffs obtained a tentative commitment
from a potential expert on Friday, July 9, 2010 and seek the additional
week to allow the expert to prepare his Rule 26 report.

It is therefore respectfully requested that the Court approve the
agreement of counsel and permit plaintiffs to serve their expert report(s)
by July 19, 2010, defendants to serve their expert report(s) by September
3, 2010, with all expert discovery to be completed by October 1, 2010.

Respectfully submitted,

/s/   Kenneth N. Flaxman
Kenneth N. Flaxman,
ARDC No. 830399
200 S Michigan Ave, Ste 1240
Chicago, Illinois 60604
(312) 427-3200

Thomas G. Morrissey.
10249 S Western Ave
Chicago, Illinois 60643

*Attorneys for Plaintiffs*

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Patrick S. Smith, ASA, 69 W Washington, 20th flr, Chicago, IL 60602, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  none.

/s/ Kenneth N. Flaxman

_____

Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)