IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CATHERINE ZABOROWSKI and SIMONE JACKSON, individually and on behalf of a class, )<br><br>*Plaintiffs,* )<br><br>-vs- )<br><br>SHERIFF OF COOK COUNTY, and COOK COUNTY, ILLINOIS )<br><br>*Defendants.* ) | No. 08 CV 6946<br><br>*(Judge St. Eve)* |

## NOTICE OF MOTION

TO:  Patrick S. Smith, ASA
     69 W Washington, 20th flr
     Chicago, IL 60602

**YOU ARE HEREBY NOTIFIED** that an attorney for plaintiffs will appear before the Honorable Amy St. Eve on Monday, July 26, 2010 at 8:30 a.m. and present plaintiff's "MOTION TO REASSIGN."

/s/ *Kenneth N. Flaxman*

KENNETH N. FLAXMAN
ARDC No. 830399
200 S Michigan Ave Ste 1240
Chicago, IL 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)

*an attorney for plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Patrick S. Smith, ASA, 69 W Washington, 20th flr, Chicago, IL 60602, and I hereby certify that I served by email a copy of the foregoing on

      Aaron Richard Bond, abond@cookcountygov.com,

      Anthony E. Zeechin, azecchin@cookcountygov.com

      Edgar L. Berre, III, Edgar.Berre@cookcountyil.gov,

      Mary Elizabeth McClellan, mary.mcclellan@cookcountyil.gov,

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

      /s/ Kenneth N. Flaxman

      _____

      Kenneth N. Flaxman
      ARDC Number 08830399
      200 S Michigan Ave, Ste 1240
      Chicago, IL 60604-2430
      (312) 427-3200 (phone)
      (312) 427-3930 (fax)
      knf@kenlaw.com (email)