IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Catherine Zaborowski and Simone Jackson, individually and on behalf of a class, | )<br>)<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| -*vs*- | ) No. 08 CV 6946<br>)<br>) |
| Sheriff of Cook County and Cook County, Illinois | ) *(Judge St. Eve)*<br>)<br>) |
| *Defendants.* | ) |

**NOTICE OF FILING OF AGREED PROPOSED
FORM OF CLASS NOTICE**

TO:  Michael Gallagher, ASA
     500 Daley Center
     Chicago, Illinois 60602

You are hereby notified that plaintiffs have filed the attached agreed form of class notice.

/s/ <u>Kenneth N. Flaxman</u>
Kenneth N. Flaxman
ARDC 830399
200 S Michigan Ave, Ste 1240
Chicago, Illinois 60604
(312) 427-3200

Thomas G. Morrissey.
10249 S Western Ave
Chicago, Illinois 60643
(773) 233-7900
*Attorneys for the Plaintiff Class*

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

September 8, 2010

This letter is being sent to you because records show that you are a woman who was in the custody of the Sheriff of Cook County on and after December 4, 2006.

A lawsuit pending in federal court in Chicago may affect you if you gave birth while in the custody of the Sheriff on and after December 4, 2006. The name of the case is *Catherine Zaborowski and Simone Jackson, on behalf of a class v. Sheriff of Cook County and Cook County, Ilinois,* No. 08 CV 6946.

On June 22, 2010, United States District Judge Amy J. St Eve ordered that the case could proceed as a class action for the following class:

> All woman in the custody of defendant Sheriff [of Cook County] on and after December 4, 2006 who have been or who will be shackled during labor, delivery, or recovery following delivery.

If you participate in the case as a member of this class, you will be represented by attorneys Thomas G. Morrissey, 10249 South Western Avenue, Chicago, Illinois 60643, (773) 238-4235, and Kenneth N. Flaxman, 200 South Michigan Avenue, Chicago, Illinois 60604, phone (312) 427-3200. The Court has found that attorneys Morrissey and Flaxman are able to represent the class, although it has not required that you agree to have them represent you. If you desire, you may enter an appearance through an attorney other than class counsel or on your own without a lawyer. Class members will not have any obligation to pay for legal services to class counsel except out of any damage award as the Court may order.

The Court's order allowing this case to proceed as a class action means that, as a member of the class, you may be eligible to receive money damages if the plaintiffs prove their claim. The Court has not made any ruling or determination about whether the defendants have any unlawful policy. Nothing in this notice should be read as a ruling on these issues. Unless you exclude yourself from the case, you will be bound by the decision of the Court.

If you do not wish to participate in this case, you must return the enclosed "opt out" form to the Law Office of Kenneth N. Flaxman, 200 South Michican Avenue, Suite 1240 Chicago, Illinois 60604 on or before October 15, 2010. *This means that the form must be received at the office of class counsel by October 15, 2008 (not simply put in the mail by then).* By returning the "opt out" form, you will not be represented by class counsel, but must proceed on your own, either through a separate suit or by a petition to intervene in this class action.

The court file in this case is available for examination in the Office of the Clerk, 219 South Dearborn Street, 20th floor, Chicago, Illinois between the hours of 9:00 a.m. and 4:30 p.m. Monday through Friday. **Do not call either the Office of the Clerk or Judge St Eve for information about the case.**

Michael Dobbins
Clerk, United States District Court

# IMPORTANT NOTICE

## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael Gallagher, ASA, 500 Daley Center, Chicago, IL 60602, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman

_____

Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)