IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Catherine Zaborowski and Simone Jackson, individually and on behalf of a class, | ) ) ) ) | |
| *Plaintiffs,* | ) | No. 08 CV 6946 |
| -vs- | ) ) | |
| Sheriff of Cook County and Cook County, Illinois, | ) ) ) | *(Judge St. Eve)* |
| *Defendants.* | ) | |

AGREED MOTION TO ENTER PROTECTIVE ORDER

Plaintiffs, Catherine Zaborowski and Simone Jackson, individually and on behalf of a class, through their attorneys, Thomas G. Morrissey and Kenneth N. Flaxman, and Defendants, Sheriff of Cook County and Cook County, through their attorney, Anita Alvarez, State's Attorney of Cook County, through her assistant Michael Gallagher, pursuant to Fed. R. Civ. P. 26(c) and move for the entry of an agreed protective order. In support of this motion, the parties state as follows:

1. The release of protected health information concerning pregnant women confined at the Cook County Department of Correction is necessary for the prosecution and defense of this action.

2. The plaintiffs have issued a subpoena to the Illinois Department of Human Services seeking information concerning the last known addresses of putative class members which was entered into the Department's Cornerstone Family Case Management System. The attorney for the Illinois Department of Human Services is unwilling to release protected health information prior to the entry of a protective order.

3. Attached hereto is a copy of a protective order which has been agreed to by the attorneys for the respective parties.

    Wherefore, the plaintiffs and defendants respectfully request this Honorable Court Enter the attached protective order.

| | |
|---|---|
| /s/ Michael L. Gallagher | /s/ Thomas G. Morrissey |
| Attorney for Defendants | One of the Attorneys for the Class |
| 500 Richard J. Daley Center | 10249 S. Western Ave. |
| Chciago, Il. 60602 | Chicago, Il. 60643 |