**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CATHERINE ZABOROWSKI and SIMONE JACKSON, individually and on behalf of a class, | ) ) ) ) | |
| Plaintiff, | ) ) | 08 C 6946 |
| vs. | ) ) ) | Honorable Judge Amy St. Eve |
| SHERIFF OF COOK COUNTY and COOK COUNTY, ILLINOIS | ) ) ) | |
| Defendants. | ) | |

## *AGREED* MOTION TO EXTEND TIME FOR EXPERT DISCLOSURES

NOW COME Defendants Sheriff Thomas Dart and County of Cook, through their attorney ANITA ALVAREZ, State's Attorney of Cook County, by her assistant, Assistant State's Attorney Michael L. Gallagher, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP) to permit defendants to serve their expert report(s) by September 13, 2010, with all expert discovery to be completed by October 14, 2010.

1. On July 12, 2010, the Court granted plaintiffs' motion for extension of time and ordered plaintiff to serve their expert reports on July 19, 2010, defendants to be served on September 3, 2010, with all expert discovery to be completed by October 1, 2010.

2. The parties have agreed, subject to the approval of the Court that defendants are granted an extension of time to serve their expert report until September 13, 2010, with all expert discovery to be completed by October 14, 2010.

3. Defendants request that the Court grant this extension for the following reasons:

    a. The requested extension of defendants' expert disclosure will not

        materially delay the disposition of this case;

    b.    The parties are currently involved in the laborious process of issuing an "opt out" notice to the purported class.

**WHEREFORE YOUR DEFENDANT PRAYS:**

1. That this Honorable Court grants an extension of time until September 13, 2010 for defendants to serve their expert reports, with all expert discovery to be completed by October 14, 2010;

2. That this Honorable Court grants any other relief it deems just.

        Respectfully Submitted,

        ANITA ALVAREZ
        State's Attorney of Cook County

        <u>/s/ Michael L. Gallagher</u>
        Michael L. Gallagher
        Deputy Supervisor
        Torts/Civil Rights Litigation Section
        500 Richard J. Daley Center
        Chicago, Il 60602
        (312) 603-3124