**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Catherine Zaborowski, et al.
                                Plaintiff,

v.                                                          Case No.: 1:08−cv−06946
                                                          Honorable Amy J. St. Eve

Sheriff of Cook County, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 14, 2010:

      MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 9/14/2010 and continued to 11/3/2010 at 08:30 AM. Plaintiffs' amended consolidated class action complaint to be filed by 9/21/10. Defendants to answer or otherwise plead by 10/12/10. Notice to the class should be mailed on or before 9/21/10. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.