# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | Rebecca R. Pallmeyer |
|---|---|---|---|
| **CASE NUMBER** | 08 C 6946 | **DATE** | 10/4/2010 |
| **CASE TITLE** | Catherine Zaborowski, et al vs. Sheriff of Cook County, et al | | |

**DOCKET ENTRY TEXT**

Wendy Tarzian communicated with this court via e-mail to the court's emergency message box. The message was forwarded to the Acting Emergency Judge. As best the court can determine, Ms. Tarzian received notice of a class action pending before District Judge Amy St. Eve. Judge St. Eve certified a class of women who were in the custody of the Sheriff of Cook County on or after December 4, 2006 and have been or will be shackled during labor or delivery, or post-delivery recovery. In her message to the court, Ms. Tarzian (who evidently has been in the Sheriff's custody during the relevant time period) has never been pregnant or delivered a baby. The court assures Ms. Tarzian that if she has not and will not give birth in the Sheriff's custody, she is not a member of the class and need not take any action at this time. Counsel in this action are invited to communicate with Ms. Tarzian as appropriate.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|