**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CATHERINE ZABOROWSKI and SIMONE JACKSON et. al., individually and on behalf of a class, | ) ) ) ) | |
| Plaintiff, | ) ) | 08 C 6946 |
| vs. | ) ) | Honorable Judge Amy St. Eve |
| SHERIFF OF COOK COUNTY and COOK COUNTY, ILLINOIS | ) ) ) | |
| Defendants. | ) | |

## SATISFACTION

The undersigned, an attorney for defendants, hereby certifies that the order awarding monetary sanctions dated October 12, 2010 has been satisfied.

Respectfully submitted,
ANITA ALVAREZ
State's Attorney of Cook County

/s/ Michael L. Gallagher
Michael L. Gallagher
Assistant State's Attorney
Torts/Civil Rights Litigation Section
500 Richard J. Daley Center
Chicago, Il 60602
(312) 603-3124

## CERTIFICATE OF SERVICE

I, Michael L. Gallagher, Assistant State's Attorney, hereby certify that the attached was served upon above-named counsel on October 28, 2010 at or before 5:00 p.m. via the ECF-CM system

/s/ Michael L. Gallagher
Michael L. Gallagher