UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CATHERINE ZABOROWSKI and SIMONE JACKSON, individually and behalf of a class, et al., | ) ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) No. 08 CV 6946 ) |
| SHERIFF OF COOK COUNTY, COOK COUNTY, ILLINOIS, | ) *Judge Amy J. St. Eve* ) ) |
| *Defendants.* | ) |

## ORDER PRELIMINARY APPROVING SETTLEMENT

This case came before the Court on the joint motion for preliminary approval of the settlement of this class action negotiated by the parties with the assistance of Magistrate Judge Valdez.

The Court has reviewed the proposed settlement and finds that it is within the range of possible approval and that class members should be notified of the proposed settlement and of a fairness hearing at which they and all interested parties have an opportunity to be heard. The Court also agrees that class members who have not previously been notified of the pendency of this case are entitled to an opportunity to opt-out. Accordingly,

IT IS HEREBY ORDERED:
1) The Court grants preliminary approval to the proposed settlement.
2) Class counsel shall provide notice by first class mail to class members in the forms attached to proposed settlement, notice to be mailed by June 12, 2012.
3) Any objections to the proposed settlement shall be filed by August 17, 2012.
4) A final fairness hearing is set for August 30, 2012 at 8:30 a.m.

ENTER:

*Amy J. St. Eve*
United States District Judge

May 22, 2012