**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CATHERINE ZABOROWSKI and SIMONE JACKSON, individually and behalf of a class, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF OF COOK COUNTY, COOK COUNTY, ILLINOIS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 08 C 6946 |

## ORDER OF DISMISSAL

AMY J. ST. EVE, District Court Judge:

**IT IS HEREBY ORDERED:**

     The Court has reviewed the proposed settlement of this class action and, having held a hearing on the fairness of the settlement, with no objection having been filed, finds that notice of the proposed settlement has been provided to all class members by first class mail to her last known address and that the proposed settlement is fair, reasonable, and adequate. Accordingly, IT IS ORDERED that the proposed settlement be, and the same hereby is, approved.

**IT IS FURTHER ORDERED:**

1. This case is dismissed without prejudice with leave to reinstate on or before August 30, 2013.

2. In the event a motion to reinstate is not filed on or before August 30, 2013, the case shall be deemed dismissed with prejudice without further order of the Court.

3. The Court retains jurisdiction to enforce the terms of the settlement agreement until, and including, August 30, 2013.

4. Defendant Cook County shall pay to attorneys Kenneth N. Flaxman and Thomas G. Morrissey the sum of $80,000 as reimbursement for expenses and $1,025,000 as compensation for attorneys fees, the fees to be paid in two installments as set out in the settlement agreement.

**Date:** August 30, 2012

                                          **ENTERED**

                                          _____
                                          **AMY J. ST. EVE**
                                          **United States District Court Judge**