

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 13 2012
SEP 13 2012
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**

Sharri Y. Bryant
335 Hyde Park
v.   Bellwood, IL 60104

Case No.

08 CV 6946
Judge St. Eva

**Defendant(s)**

Shariff of Cook County
and Cook County, Illinois

My name is Sharri Y. Bryant and I would like to be included in the lawsuit pending for woman whom were incarcerated and sheckled during their pregnancy and birth. I underwent two strenuous surgeries. A ^Emergency C-saction and a tube tying operation.

Sharri Y. Bryant
9-13-12